IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **JIM EVRLEY**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**FORESIGHT ENERGY LLC,**<br><br>Defendant. | Case No. 3:23-cv-03265-CRL-KLM<br><br>Judge Colleen R. Lawless<br><br>Magistrate Judge Eric I. Long |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF AMENDED CLASS ACTION SETTLEMENT
<u>AND FOR CONTINUANCE OF FINAL APPROVAL HEARING</u>**

Representative Plaintiff Jim Evrley ("Representative Plaintiff"), on behalf of himself and the Class Members (as defined in in the attached Agreement), and Defendant Foresight Energy LLC ("Defendant") respectfully move this Court to enter an Order preliminarily approving the parties' amended class action settlement under Fed. R. Civ. P 23(e).  In conjunction, the parties further move this Court to continue the final approval hearing currently scheduled for April 1, 2025, and to reschedule this final approval hearing to June 1, 2025, or to such date and time that the Court determines.  In further support, the parties state as follows.

1. Following the Court's approval of the parties' Joint Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support (ECF Nos. 34 and 35), the parties discovered additional current and former employees of affiliates of Defendant that would qualify as class members as defined by the settlement agreement.

2. This prompted the parties to engage in additional settlement discussions that resulted in new settlement terms consistent with the original terms but now for a more numerous

class of current and former employees totaling 833 members, as well as Opt-in Plaintiff Cole Steffen, instead of the original 406 members.

3. These new terms for the expanded class of hourly employees are embodied in the Amended Class Action Settlement and Release, a copy of which is filed herewith as **Exhibit A**.

4. The per hour recovery metrics for the hourly employees are identical to the metrics supporting the original settlement but now are applied across more hours for a larger settlement class.

5. The fees requested for Class Counsel, and the service fee requested for the Representative Plaintiff, remain the same.

6. The parties and their counsel agree that the amended settlement is fair, reasonable, and adequate and in the best interest of the Representative Plaintiff and the Class Members.

7. The parties further request that the Court continue the final approval hearing currently scheduled for April 1, 2025 to June 1, 2025, or to such date and time that the Court determines, to allow adequate time to accomplish all notice and class requirements under the amended settlement agreement.

8. The Parties rely upon their Memorandum in Support of their original Joint Motion for Preliminary Approval of Class Action Settlement as previously submitted to and approved by this Court as additional support.

WHEREFORE, the parties respectfully request the Court to enter an Order preliminarily approving the Parties' amended class action settlement under Fed. R. Civ. P 23(e) and continue the final approval hearing currently scheduled for April 1, 2025 to June 1, 2025, or to such date and time that the Court determines.

Respectfully submitted,

| | |
|---|---|
| */s/ Hans A. Nilges* | */s/ Jeffrey R. Baron (with permission)* |
| Hans A. Nilges (OH 0076017) | Jeffrey R. Baron (IL 6277085) |
| Shannon M. Draher (OH 74304) | **BAILEY & GLASSER, LLP** |
| **NILGES DRAHER LLC** | 34 N. Gore Ave., Suite 102 |
| 7034 Braucher Street, NW, Suite B | Webster Groves, MO |
| North Canton, OH 44720 | Telephone: 314-863-5446 |
| Telephone: 330-470-4428 | Facsimile: 304-342-1110 |
| Facsimile: 330-754-1430 | Email: jbaron@baileyglasser.com |
| Email: hans@ohlaborlaw.com | |
| sdraher@ohlaborlaw.com | *Counsel for Defendant* |

*Class Counsel*