E-FILED
Tuesday, 03 June, 2025  11:33:56 AM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Jim Evrley, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case Number: 3:23-cv-03265-CRL-DJQ** |
| | ) | |
| Foresight Energy LLC, | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Evrely's action against Defendant Foresight Energy LLC is dismissed with prejudice and that the total settlement amount in the amount of $388,513.51 be paid by Defendant. The parties are to bear their respective attorneys' fees and costs except as provided in the Agreement.

**Dated: 6/3/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court